**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :  No. 400 MAL 2021
       :
       Petitioner      :
       :  Petition for Allowance of Appeal
       :  from the Order of the Superior Court
      v.        :
       :
       :
CHAD HACKER,       :
       :
       Respondent     :

## ORDER

**PER CURIAM**

     **AND NOW**, this 4th day of January, 2022, the Petition for Allowance of Appeal is **DENIED**.

     Justice Brobson did not participate in the consideration or decision of this matter.